```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
SAMUEL GOMEZ, on behalf of himself and all other                :
persons similarly situated,                                     :
                                                                :
                                      Plaintiffs,               :
                                                                :
                      -against-                                 :
                                                                :
VESTED BUSINESS BROKERS LTD.,                                   :
                                                                :
                                      Defendant.                :
                                                                :
--------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/30/2022 |

1:22-cv-2510-GHW

ORDER

GREGORY H. WOODS, District Judge:

Plaintiff has not completed the case opening form properly and has not listed Plaintiff's address. In the Complaint, Dkt. No. 1, Plaintiff says he lives in New York but does not specify whether he lives in the Southern District of New York. The plaintiff is directed to file Plaintiff's address and county of residence on or before April 4, 2022.

SO ORDERED.

Dated: March 30, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge